IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGELA RECTOR<br>            Plaintiff<br><br>      vs.<br><br>VALENTINE & KEBARTAS, INC.<br>      &<br>SRA ASSOCIATES, INC.<br>      &<br>DELL FINANCIAL SERVICES, LLC<br>            Defendant(s) | CIVIL ACTION<br><br><br><br>NO.  11-CV-6184 |

## STIPULATION OF DISMISSAL

AND NOW, this 12th day of December 2011,  it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsels for defendants in the above captioned matter that the above captioned matter be dismissed with prejudice and each party shall bear its own costs and attorney's fees.

Warren & Vullings, LLP                    Marshall Dennehey Warner Coleman & Goggin

BY:__/s/ *Brent F. Vullings*              BY: _/s/ *Andrew M. Schwartz*
Brent F. Vullings, Esquire                Andrew M. Schwartz
Attorney for Plaintiff                    Attorney for Defendant, SRA Associates, Inc.


Valentine & Kebartas, Inc.                Riker, Danzig, Scherer, Hyland & Perretti, LLP

BY:  /s/ *Robert Handley*                 BY: */s/ Robert J. Schoenberg*
                                          Attorney for Defendant, Dell Financial Services, LLC