IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGELA RECTOR<br>Plaintiff<br><br>vs.<br><br>VALENTINE & KEBARTAS, INC.<br>&<br>SRA ASSOCIATES, INC.<br>&<br>DELL FINANCIAL SERVICES, LLC<br>Defendant(s) | CIVIL ACTION<br><br><br><br>NO. 11-CV-6184 |

## STIPULATION OF DISMISSAL

AND NOW, this 12th day of December 2011, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsels for defendants in the above captioned matter that the above captioned matter be dismissed with prejudice and each party shall bear its own costs and attorney's fees.

Warren & Vullings, LLP

BY: /s/ *Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiff

Marshall Dennehey Warner Coleman & Goggin

BY: /s/ *Andrew M. Schwartz*
Andrew M. Schwartz
Attorney for Defendant, SRA Associates, Inc.

Valentine & Kebartas, Inc.

BY: /s/ *Robert Handley*

Riker, Danzig, Scherer, Hyland & Perretti, LLP

BY: /s/ *Robert J. Schoenberg*
Attorney for Defendant, Dell Financial Services, LLC

SO ORDERED this 14th day of December, 2011.

_____
USDJ